## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 2nd day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Stephen M. Miller, Esquire
*Morris, James, Hitchens & Williams LLP*
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Lawrence T. Burick, Esquire
*Thompson Hine, LLP*
2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

Mary E. Augustine (No. 4477)

609316v1